Case 2:18-cr-00647-NJC-AYS   Document 91   Filed 03/15/24   Page 1 of 1 PageID #: 352

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

**FILED**
**CLERK**

3:55 pm, Mar 15, 2024

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

United States of America
v.
Cristina Rodriguez

Case No: 18-cr-647
USM No:

Date of Original Judgment: 10/19/2021
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Tracey Gaffey
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 65 months **is reduced to** 60.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/19/2021 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/15/2024

/s/ Nusrat J. Choudhury
*Judge's signature*

Effective Date: 
*(if different from order date)*

Hon. Nusrat J. Choudhury
*Printed name and title*